# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**DEBORAH HOLSTIEN, ET AL.,**
    Plaintiffs,

vs.

**BASCO DRYWALL & PAINTING CO., ET AL.,**
    Defendants.

CASE NO. 19-cv-02267-YGR

**ORDER GRANTING MOTION FOR REMAND**
Re: Dkt. No. 14

Plaintiffs Deborah Holstien and Norman Cone filed a motion to remand on May 15, 2019. (Dkt. No. 14.) Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "J&J") filed an opposition to said motion on May 29, 2019. (Dkt. No. 18.) On July 22, 2019, J&J withdrew their opposition to the remand motion in light of the July 19, 2019 decision from the U.S. District Court for the District of Delaware denying J&J's motion to fix venue in that court. (Dkt. No. 21.)

In light of J&J's non-opposition to the motion, the Court hereby **GRANTS** plaintiffs' motion to remand this action to Alameda County Superior Court. The Clerk of Court is directed to remand the case and close the file.

This Order terminates Docket Number 14.

**IT IS SO ORDERED.**

Dated: July 23, 2019

                                                _____
                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**